## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JOEY A. GARCIA
_____
### Plaintiff/Petitioner,

**APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY AN INMATE AT NORTHERN
NEVADA CORRECTIONAL
CENTER**

v. J. Tafelmeyer
& Levi Dalton Bell
_____
### Defendant/Respondent.

**Case Number:**

I, JOEY A. GARCIA, declare that I am the (check the appropriate box)

☒ Plaintiff (filing 42 U.S.C. § 1983)

☐ Petitioner (filing petition for writ of habeas corpus, 28 U.S.C. §§ 2254 or 2241)

☐ Movant (filing 28 U.S.C. § 2255 motion)

☐ Other

in this case. I am unable to prepay the fees of this proceeding or give security because of my poverty. I acknowledge and consent that a portion of any recovery, as directed by the court, shall be paid to the clerk for reimbursement of all fees incurred by me as a result of being granted leave to proceed *in forma pauperis*.

In further support of this application, I declare under penalty of perjury, *see* 28 U.S.C. § 1746 and 18 U.S.C. § 1621, that the following answers are true and correct.

1. Are you currently incarcerated? ☒ Yes ___ No (if "no" do not use this form)

   a. Where are you currently incarcerated (name of prison/jail)?
   NORTHERN NEVADA CORRECTIONAL CENTER. P.O. Box. 7000 Carson City, NV-89702

   b. What is your prison/jail identification number? 93047

2. Are you currently employed (includes prison employment)? ___ Yes ☒ No

   a. If "yes," state the amount of your pay and your employer.
   _____

   b. If "no," state the date of your last employment and the amount of pay per month you received. 2014/2020 $18.00 per hr (Apprx) 30 Days

3. Have you received any money from the following sources over the last 12 months?

    a. Business, profession, or other form of self-employment?   ___ Yes   ✗ No

    b. Rent payments, interest, or dividends?   ___ Yes   ✗ No

    c. Pensions, annuities, or life insurance payments?   ___ Yes   ✗ No

    d. Gifts or inheritances?   ✗ Yes   ___ No

    e. Disability or social security payments?   ___ Yes   ✗ No

    f. Any other sources?   ___ Yes   ✗ No

If the answer to any of the above is "yes," describe each source of money, state the amount received, and what you expect you will continue to receive. Friend Gifted Approx. $100.00 one Time.

4. Do you have cash (including balance of checking or savings accounts outside of prison/jail and any funds in prison/jail accounts)?   ✗ Yes   ___ No

    a. If "yes," state the amount (do not include your account numbers): less Than $40.00 (FouAty dollars (or) Less)

5. Do you own or have any interest in any real estate, stocks, bonds, securities, trusts, other financial instruments, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ___ Yes   ✗ No

    a. If "yes," describe the property and state the value:   N/A

6. Have you placed any property, assets, or money in the name or custody of anyone else in the last two years?   ___ Yes   ✗ No

    a. If "yes," give the date, describe the property, assets, or money, give the name of the person given custody of the item, and the reason for the transfer.

    N/A

7. List the people who are dependent upon you for support, state your relationship to those people, and indicate how much you contribute toward their support each month.

    N/A

## FINANCIAL ACKNOWLEDGEMENT

**This form must be dated and signed below for the court to consider your application.**

I hereby authorize the agency having custody of me to file with this court a copy of my trust fund account statement for activity covering the last six months. Additionally, once eligibility is established, I further authorize the agency having custody of me to collect from my trust fund account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b).

I understand that:

1. If I commence a petition for writ of habeas corpus in federal court pursuant to 28 U.S.C. § 2254 or 2241, the filing fee is $5.00, and will have to be paid by me if the court denies my *in forma pauperis* application.

2. If I commence a civil rights action in federal court pursuant to 42 U.S.C. § 1983, the filing fee is $405.00 (which includes the $350.00 filing fee and a $55.00 administrative fee), which I must pay in full. If the court denies my *in forma pauperis* application, I must pay the full filing fee of $405.00 before I will be allowed to proceed with the action.

3. If I do **NOT** have $405.00 in my inmate trust fund account, before I will be allowed to proceed with an action, I will be required to pay 20% of my average monthly balance, or the average monthly deposits to my account, whichever is greater, and thereafter I must pay installments of 20% of the preceding month's deposits to my account in months that my account balance exceeds $10.00.

4. I must continue to make installment payments until the $350.00 filing fee is fully paid, even if my action is closed or I am released from confinement. The $55.00 administrative fee will be waived only if I am granted permission to proceed *in forma pauperis*.

**Applicant's Signature:**

**Prison/Jail Number:**

93047

**Date:**

1/11/25

**Inmates NOT in NDOC custody must complete certification below:**

## CERTIFICATE
(To be completed by an authorized officer of the institution of incarceration)

I certify that the applicant, _____,
has the sum of $_____ on account to his/her credit at _____
(name of institution). I further certify that, during the past six months, the applicant's average
monthly balance was $_____. I further certify that during the past six months the
average monthly deposits to the applicant's account was $ _____.

Please attach a certified copy of the applicant's trust fund account statement showing
transactions for the past six months.

_____          _____

Signature of Authorized Officer                                    Date

Effective 2/1/2024