UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOEY A. GARCIA,

    Plaintiff

v.

JEREMY TAFELMEYER, et al.,

    Defendants

Case No.: 3:25-cv-00038-MMD-CSD

**Order**

Re: ECF Nos. 6, 8, 10

Plaintiff filed a motion/inquiry regarding the court's order at ECF No. 6. (ECF No. 10.) Unfortunately, the order mistakenly contains language from an order in another case, including language concerning the issuance of a summons for a defendant in another matter. The order also overlooked that Plaintiff's application to proceed *in forma pauperis* (IFP) is incomplete as it does not contain the required financial certificate.

Plaintiff's motion for an inquiry (ECF No. 10) is **GRANTED**.

The Order at ECF No. 6 is **WITHDRAWN**.

The summons issued at ECF No. 8 is **WITHDRAWN** and the Clerk shall email a copy of this Order to the U.S.M.S.

Plaintiff is an inmate in the custody of the Nevada Department of Corrections (NDOC), housed at Northern Nevada Correctional Center (NNCC). Plaintiff's IFP application is incomplete as it does not contain the required financial certificate. The Clerk shall **ISSUE** the minute order directing NDOC Accounting to file the financial certificate for Plaintiff. Once the financial certificate is filed, the court will address Plaintiff's IFP application and will issue a new

order screening his complaint, and will address service of the complaint for claims proceeding in this action.

**IT IS SO ORDERED**.

Dated: June 30, 2025

_____
Craig S. Denney
United States Magistrate Judge