JOEY A. GARCIA
Name and Inmate Booking Number

Lyon County Jail
Place of Confinement

911 HARVEY WAY
Mailing Address

YERINGTON, NV. 89447
City, State, Zip Code

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JOEY A. GARCIA,
                                    Plaintiff

vs.

(1) Deputy MR Jeremy TAFELMEYER,
(2) Deputy MR Bell, Levi,
(3) _____,
(4) _____,
(5) _____,
                                    Defendant(s).

Case No. _____
(To be supplied by Clerk of Court)

**CIVIL RIGHTS COMPLAINT
BY AN INMATE**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

☑ Jury Trial Demanded

### A.    JURISDICTION

1) This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971)
   ☐ Other: _____

2) Institution/city where Plaintiff currently resides: Lyon County Jail, YERINGTON

3) Institution/city where violation(s) occurred: Lyon County, DAYTON

**B.    DEFENDANTS**

1. Name of first Defendant: DEPUTY MR. BELL. The first Defendant is employed as: A DEPUTY (PATROL?) at LYON COUNTY SHERIFFS OFFICE
   (Position of Title)                    (Institution)

2. Name of second Defendant: DEPUTY MR. TAFELMEYER. The second Defendant is employed as: (PATROL?) DEPUTY at LYON COUNTY SHERIFFS OFFICE (DAYTON)
   (Position of Title)                    (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____
   (Position of Title)                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____
   (Position of Title)                    (Institution)

5. Name of fifth Defendant: _____. The fifth Defendant is employed as: _____ at _____
   (Position of Title)                    (Institution)

If you name more than five Defendants, answer the questions listed above for each additional Defendant on a separate page.

**C.    NATURE OF THE CASE**

Briefly state the background of your case.

ON 7-27-2024 I WAS Riding my bike on (SIDE) OF HWY 50 IN DAYTON, JUST LEFT MAVERIC. OFFICERS BELL AND TAFELMEYER DROVE with FloodLiGHTS BLINDING ME AND Disorienting me (AGAinst Oncoming) TRAFFIC. I GOT OFF OF MY BIKE AND STOOD STILL. DEPT. BELL RAN FullSPEED AND ATTACKED ME SLAMING ME ONTO THE JAGGED Rocks & GLASS WHILE CUFFING ME MR TAFELMEYER Kneeing MY FACE STrangling MY NECK AND Pushing MY FACE INTO Ground. MR. BELL Then Rolled Me PARTIALLY SIDEWAYS TO SEARCH me AND punched me very HARD IN MY HEART AREA (STurnum) AND AGAIN when I WAS IN BACK OF Patrol CAR. All WHILE IN Restraints.

### D. CAUSE(S) OF ACTION

### CLAIM 1

1. State the constitutional or other federal civil right that was violated: <ins>EXCESSIVE FORCE (POLICE BRUTALITY)</ins>

2. **Claim 1.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities      ☐ Medical care              ☐ Mail
   ☐ Disciplinary proceedings  ☐ Exercise of religion   ☐ Property
   ☐ Access to the court    ☑ Excessive force by officer  ☐ Retaliation
   ☐ Threat to safety       ☐ Other: _____

3. **Date(s) or date range** of when the violation occurred: <ins>7/27/2024</ins>

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 1. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

DEPUTY (MR) BELL SAW ME STOP MY BIKE AND STAND STILL. I did not try to FIGHT nor FLEE. I POSED NO THREAT; YET & STILL HE Violently ATTACKED AND SLAMMED me PAINFULLY TO The GROUND, GRINDING my Right Ankle into the Rocks with his Left knee, Pushing and pressure Pointing my upper Back restricting my ABILITY TO BREATHE with All his 260 pounds (AT 6'4") AND PROCEEDED TO CUFF ME AND THEN PUNCH ME in MY HEART AREA EXTREMELY HARD WHILE DEPUTY MR. TAFELMEYER Smashed my FACE INTO The GRAVEL/GLASS & Rocks, Choking ME, Also RESTRICTING MY CIRCULATION TO BRAIN AND MY BREATHING AS well AS PUTTING his weight 220 LBs OF FORCE UPON MY FACE BUSTING MY NOSE (w/knee) ALL of THE INJURIES AND MY LOSS OF Breathing AND Consciousness IS on MR. TAFELMEYERS BODY CAM AS I HAVE REVIEWED IT ALREADY Along with PHOTOS.

## CLAIM 2

1. State the constitutional or other federal civil right that was violated: __EXCESSIVE FORCE (POLICE BRUTALITY)__

2. **Claim 2.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities  ☐ Medical care  ☐ Mail
   ☐ Disciplinary proceedings  ☐ Exercise of religion  ☐ Property
   ☐ Access to the court  ☒ Excessive force by officer  ☐ Retaliation
   ☐ Threat to safety  ☐ Other: _____

3. **Date(s) or date range** of when the violation occurred: __JULY 27TH, 2024__

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 2. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

   CLAIM 2 HERE IS A CLAIM AGAINST DEPUTY MR. TAFELMEYER, AS CLAIM ONE WAS AGAINST MR. BELL. ON 7-27-2024 DEPUTY MR. TAFELMEYER CHOKED ME, SMASHED MY FACE INTO GROUND, AND PUT HIS KNEE AND ALL HIS WEIGHT 215(+) POUNDS ONTO MY FACE. HE CAUSED MY BROKEN/BUSTED NOSE W/ OPEN LACERATIONS AND TOOK PART IN MY "SEIZING-UP" LOSING BREATHING AND BEING RENDERED UNCONSCIOUS. ALL OF THESE THINGS ARE ON TAFELMEYERS BODY CAM FOOTAGE. I WILL OBTAIN THIS AS WELL AS TIME STAMP REFERENCE FOR FOOTAGE AS MY LAWYER HAS SENT ME COPIES AS WELL AS PHOTOS OF MY INJURIES.

4

## CLAIM 3

1. State the constitutional or other federal civil right that was violated: <u>Cruel And unusual punishment (8th)</u>

2. **Claim 3.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities         ☐ Medical care              ☐ Mail

   ☐ Disciplinary proceedings  ☐ Exercise of religion      ☐ Property

   ☐ Access to the court       ☐ Excessive force by officer ☐ Retaliation

   ☒ Threat to safety          ☐ Other: _____.

3. **Date(s) or date range** of when the violation occurred: <u>7/27/23</u>.

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 3. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

   The way in which these officers Arrested me And physically Abused me while And Before being in cuffs immediately upon "contact" with me up to the end was painful, excessive And unnecessary And was All caught on Body cameras. I've viewed And seen/heard All of it from my Attorney And its All on camera!

**If you assert more than three claims, answer the questions listed above for each additional claim on a separate page.**

### E. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while incarcerated?   ☑ Yes   ☐ No

2. Has this Court or any other court designated you as subject to "three strikes" under 28 U.S.C. § 1915(g)?   ☐ Yes   ☑ No

3. If you have "three strikes" under 28 U.S.C. § 1915(g), does this complaint demonstrate that you are "under imminent danger of serious physical injury?"   ☐ Yes   ☐ No   Not under "3 strikes" but 'yes' I Am In imminent Danger of constant Abuses In The jail.

### F. REQUEST FOR RELIEF

I believe I am entitled to the following relief: PUNITIVE DAMAGES IN WAY OF REMOVING MR BELL AND MR. TAFELMEYER FROM THEIR POSITIONS AT SHERIFFS OFFICE TO PROTECT THE SAFETY AND RIGHTS OF OTHERS. COMPINSATORY DAMAGES AND MONETARY COMPINSATION IN TOTAL FOR MR. BELLS Actions = $200,000 AND IN TOTAL FOR MR. TAFELMEYERS ACTIONS $200,000 All TOGETHER = $400,000.00 (Four Hundred Thousand Dollar TOTAl Amount)

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____   *Joey A. Garcia*
(name of person who prepared or helped        (signature of plaintiff)
prepare this complaint if not the plaintiff)

11-17-2024
(date)

### ADDITIONAL PAGES

You must answer all questions concisely in the proper space on the form. Your complaint may not be more than 30 pages long. It is not necessary to attach exhibits or affidavits to the complaint or any amended complaint. Rather, the complaint or any amended complaint must sufficiently state the facts and claims without reference to exhibits or affidavits. If you need to file a complaint that is more than 30 pages long, you must file a motion seeking permission to exceed the page limit and explain the reasons that support the need to exceed 30 pages in length.