UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOEY A. GARCIA,

    Plaintiff

v.

JEREMY TAFELMEYER, et al.,

    Defendants

Case No.: 3:25-cv-00038-MMD-CSD

**Order**

Re: ECF No. 22

Plaintiff has filed a motion regarding USM-285 forms and an inquiry regarding the court's order requiring an initial partial filing fee. (ECF No. 22.)

First, Plaintiff states that he was not sent any USM-285 forms to fill out for the Defendants.

Second, Plaintiff states that he has no control over when his friends send him funds, and currently has no other income and no money in his account to pay the initial partial filing fee.

Plaintiff's motion (ECF No. 22) is **GRANTED** insofar as:

(1) The Clerk shall **RE-SEND** Plaintiff **two USM-285 forms**. Plaintiff has up to and including **September 17, 2025**, to fill out and return the forms to the U.S. Marshal at 400 S. Virginia St., 2nd Floor, Reno, Nevada 89501. Within **20 days** after receiving from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished, if any of the defendants were not served, and if Plaintiff wants service to be attempted again, he must file a motion with the court providing a more detailed name and/or address for service, or indicating that some other method of service should be attempted.

(2) The court will extend the deadline for Plaintiff to complete service on the Defendants to **November 26, 2025**. If Plaintiff requires additional time to meet this or any other deadline, he must file a motion for extension of time under Local Rule IA 1-6 *before* the expiration of the deadline, and the motion must be supported by a showing of good cause. A motion filed after a deadline set by the court or applicable rules will be denied absent a showing of excusable neglect.

(3) Plaintiff is no longer required to pay an initial partial filing fee; however, whenever his prison account exceeds $10, he is required to make monthly payments in the amount of 20 percent of the preceding month's income credited to his account until the full $350 filing fee is paid. This is required even if this action is dismissed, or is otherwise unsuccessful. The Clerk shall **SEND** a copy of this Order to the attention of the **Chief of Inmate Services for the Nevada Department of Corrections** at formapauperis@doc.nv.gov.

**IT IS SO ORDERED**.

Dated: August 18, 2025

_____
Craig S. Denney
United States Magistrate Judge